M. P. No. 76-205. RICE MACHINERY, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari is denied. *Paul C. Borges,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

Appeal No. 76-169. RICE MACHINERY, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of defendant to dismiss the appeal of the plaintiff is denied. Treating the notice of appeal as a petition for certiorari, the petition for certiorari is granted

and the writ shall issue forthwith. *Paul C. Borges,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.